# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW B. SHARP,<br><br>　　　　Defendant. | Case No.<br>Citation No. F4284111/CA42<br><br>ORDER DIRECTING THE OFFICE OF THE CLERK TO ASSIGN CASE NUMBER AND PROVIDING PAYMENT INFORMATION TO DEFENDANT |

　　　　Defendant Matthew B. Sharp was found guilty of an offence under 36 C.F.R. 261.9(a) and was placed on one year of probation pursuant to a deferred judgment agreement between the parties. No judgment has been entered in this action. One condition of his probation requires Defendant to pay restitution of $1,075.00 to the USDA, Forest Service, a special assessment of $10.00, and the $25.00 processing fee for a total obligation of $1,110.00. This amount is to be paid in full by December 18, 2015. In order for the court to properly track and post restitution and fine payments, a case number needs to be assigned in this action. Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　The Office of the Clerk is DIRECTED to assign an "mj" case number to this action;

　　　　2.　　Defendant Matthew B. Sharp shall make a payment of $1,110.00 on or before December 18, 2015. The payment shall **clearly identify the name and number**

**assigned to this action**, and shall be submitted to the Clerk of the Court at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street. Room 1501
> Fresno, California 93721

Payments made by check or money order are to be made payable to the Clerk of the Court.

3. The Clerk's Office shall send the portion of the payment that constitutes restitution to:

> USDA, Forest Service
> Albuquerque Service Center
> Attn: Claims Branch Unit, Collections Officer
> 101 B Sun Avenue, NE
> Albuquerque, NM 87109

4. The Office of the Clerk shall serve a copy of this order on the USDA, Forest Service, at the above address.

IT IS SO ORDERED.

Dated: __**Dec 9, 2015**__

STANLEY A. BOONE
United States Magistrate Judge