PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
  United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MATTHEW B. SHARP,<br><br>    Defendant. | CASE NO.  1:15-MJ-191-SAB,<br><br>UNITED STATES' MOTION AND ORDER FOR DISMISSAL |

## Background

In October 2015, the parties entered into an "Agreement Re Deferred Entry of Judgment" (the "Agreement").  The Agreement obligated the defendant to plead guilty and to perform the following: (1) pay restitution in the amount of $1,100, (2) pay a $10 special assessment; (3) complete 100 hours of community service; and (4) obey all laws.  In exchange for the defendant's performance of all conditions, the United States agreed to move the Court to allow the defendant to withdraw his guilty plea and to dismiss the charges with prejudice.  At the resulting guilty plea hearing on October 15, 2015, the Court set a review hearing for August 4, 2016.

Prior to the review hearing, counsel for the United States confirmed that the defendant had complied with each of the obligations, and at the hearing, it moved for withdrawal of guilty

1

plea and for dismissal.  The Court granted each motion, and directed the United States to prepare an order reflecting these actions.

### **Motion**

The United States therefore moves the Court to order:

1) That the Defendant's Plea of Guilty be VACATED; and

2) That all charges in this case, as reflected on Violation Notice F4284111, be DISMISSED WITH PREJUDICE

Dated:  August 12, 2016                         PHILLIP A. TALBERT
                                                Acting United States Attorney

                                        By:     Michael G. Tierney
                                                MICHAEL G. TIERNEY
                                                Assistant U.S. Attorney

Order

The Court hereby orders:

1) That the Defendant's Plea of Guilty be VACATED; and

2) That all charges in this case, as reflected on Violation Notice F4284111, be DISMISSED WITH PREJUDICE

IT IS SO ORDERED.

Dated: **August 12, 2016**

UNITED STATES MAGISTRATE JUDGE