# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**FILED**
AUG 12 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
  )
v. ) F4284111
  ) Case No. F428411/CA42
MATTHEW B SHARP ) 15mJ 191
  )
  )

*Defendant*

## PROBATION ORDER PURSUANT TO A DEFERRED JUDGMENT AGREEMENT BETWEEN THE PARTIES

The defendant having been found guilty of the offense of 36 C.F.R. § 261.9(a), damaging a natural feature or other property of the United States, and pursuant to an agreement between the Government and the Defendant,

**IT IS ORDERED:** The defendant is placed on probation as provided in the agreement between the parties for a period of 1 year, expiring on October 14, 2016, without a judgment of conviction first being entered. The defendant must comply with the conditions of probation set forth herein as follows:

1. The probation is unsupervised;
2. The defendant must not commit any other, federal, state, or local crime;
3. The defendant shall notify the court, and if represented by Counsel, your counsel of any change od address and contact number.
4. The defendant shall pay restitution in the amount of $1,075.00, a special assessment in the amount of $10 and the $25 processing fee for a total financial obligation of $1,110.00 which shall be paid in full by 12/18/2015.
5. The Defendant shall complete 100 hours of community service; to be completed by 4/29/2016.
6. Pursuant to 18 USC § 3572(d)(3), while on probation & subject to any financial obligation of probation, you shall notify the court of any material change in your economic circumstances that might affect your ability to pay the full financial obligation;
7. The defendant shall appear for a probation review hearing on August 4, 2016 at 10:00 a.m. in Courtroom 9; and
8. The defendant shall also file at least 14 days prior to the probation review hearing a status report regarding his probation requirements.

Date: **Oct 27, 2015**

_____
STANLEY A. BOONE
United States Magistrate Judge

**Conditions of Probation**

While on probation, you must also:

1. The Defendant shall pay Restitution of $1,075.00, a special assessment of $10.00, and the $25.00 processing fee for a total financial obligation of $1,110.00, which shall be paid in full by 12/18/2015. Payments shall be made payable to and mailed to:

    Clerk, U.S.D.C.
    2500 Tulare Street, Room 1501
    Fresno, CA 93721

Copy of Addendum mailed to Brian Andritch -US on 12/10/15
Copy of Addendum put in USA office inbox in clerks office on 12/10/15
Copy given to Fresno Financial on 12/10/15